O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

ENTERED JS-6

Case No.    ED CV 08-00899-SGL(OPx)                                Date:  September 22, 2008

Title:    RAUL IGNACIO -v- NEW CENTURYMORTGAGE CORPORATION; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; RAVI BAPODRA and DOES 1-10
========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                                   None Present
       Courtroom Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                       None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

     The Court has reviewed defendants' motion to dismiss the complaint.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for September 29, 2008, is removed from the Court's calendar.

     Plaintiff has failed to file a timely opposition to the motion to dismiss.  See Local Rule 7-9 (requiring that oppositions to a motion must be filed no later than fourteen days before the designated hearing date of the motion).  Therefore, the Court **GRANTS** the motion and **DISMISSES** the complaint.  See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.")

     **IT IS SO ORDERED.**

MINUTES FORM 90                                                                                       Initials of Deputy Clerk: jh
CIVIL -- GEN                                                  1